**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-23000-DPG

CARLOS BRITO,

Plaintiff,

v.

J.S. PARTNERSHIP, LTD., and EL GAITERO INVESTMENT CORP d/b/a EL GAITERO SUPERMARKET II,

Defendants.
_______________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, CARLOS BRITO, and Defendants, J.S. PARTNERSHIP, LTD. and EL GAITERO INVESTMENT CORP d/b/a EL GAITERO SUPERMARKET II, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than fifteen (15) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines as to Defendant.

Respectfully submitted this October 17, 2024.

*By: /s/ Ramon J. Diego*
RAMON J. DIEGO
Florida Bar No. 689203
THE LAW OFFICE OF RAMON J. DIEGO, P.A.
5001 SW 74th Court, Suite 103
Miami, Florida 33155
Telephone: (305) 350-3103
Email: ramon@rjdiegolaw.com
*Counsel for Plaintiff*

*By: /s/ Nelson A. Rodriguez-Varela*
NELSON A. RODRIGUEZ-VARELA
Florida Bar No. 876839
NELSON A. RODRIGUEZ-VARELA, P.A.
1190 S. LeJeune Road
Miami, Florida 33134
Telephone: (305) 666-1330
Email: nelson@nrvlaw.us
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this October 17, 2024.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: _*/s/_Ramon J. Diego*______
RAMON J. DIEGO